Ryan Lee (SBN: 235879)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-385-1408
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
GINA JACKSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GINA JACKSON, | Case No.: CV11-01923 |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| NORTHSTAR LOCATION SERVICES, LLC., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, GINA JACKSON, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 15, 2011                              KROHN & MOSS, LTD.


                                                    By:/s/ Ryan Lee

                                                     Ryan Lee
                                                     Attorney for Plaintiff,
                                                     GINA JACKSON